No. D–1489. In re Disbarment of Israel. Disbarment entered. [For earlier order herein, see 513 U. S. 1073.]

No. D–1492. In re Disbarment of Wohlfarth. Disbarment entered. [For earlier order herein, see 513 U. S. 1073.]

No. D–1507. In re Disbarment of Bain. David Lee Bain, of San Diego, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on February 21, 1995 [513 U. S. 1143], is hereby discharged.

No. D–1519. In re Disbarment of High. It is ordered that John Emerson High, of West Chester, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1520. In re Disbarment of Discipio. It is ordered that Francis M. Discipio, of Oak Brook, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 121, Orig. Louisiana v. Mississippi et al. Exceptions of Louisiana to the Report of the Special Master set for argument in due course. [For earlier order herein, see, e. g., 513 U. S. 997.]

No. 93–1170. United States et al. v. National Treasury Employees Union et al., 513 U. S. 454. Each side shall bear its own costs in this case. See this Court's Rule 43.2.

No. 94–558. United States v. Hays et al.; and
No. 94–627. Louisiana et al. v. Hays et al. D. C. W. D. La. [Probable jurisdiction noted, 513 U. S. 1056.] Motion of the Solicitor General for divided argument granted.

No. 94–631. Miller et al. v. Johnson et al.;
No. 94–797. Abrams et al. v. Johnson et al.; and
No. 94–929. United States v. Johnson et al. D. C. S. D. Ga. [Probable jurisdiction noted, 513 U. S. 1071.] Motions of Georgia Association of Black Elected Officials and National Voting Rights Institute for leave to file briefs as amici curiae granted.